# United States Court of Appeals
## For the First Circuit

Nos. 02-2158
  02-2159
  02-2165
  02-2166
  02-2188

UNITED STATES OF AMERICA,
Appellee,

v.

VINCENT A. CIANCI, JR., FRANK E. CORRENTE, and
RICHARD E. AUTIELLO,
Defendants, Appellants.

Before
Howard, Circuit Judge,
Campbell and Stahl, Senior Circuit Judges.

ORDER OF COURT
Entered: August 10, 2004

Defendant-appellants jointly seek permission to make supplemental filings addressing the Supreme Court's recent decision in Blakely v. Washington, 124 S.Ct. 2531 (June 24, 2004). They may make such filings with the court in the form of supplemental briefs not to exceed twenty pages, no later than thirty days from the date of this order, with service to opposing counsel. These briefs shall also address the issue of whether defendant-appellants have waived any Blakely issue by not raising it in their original appeals.

The United States shall file a response brief with the court not to exceed twenty pages, no later than fifteen days from the date the last defendant-appellants' supplemental briefs are filed, with service to opposing counsel.

Counsel are to file 9 copies of their brief and a disk containing the entire contents of the brief. See Fed. R. App. P. 31 and Local Rule 32. Additionally, Counsel are directed to Fed. R. App. P. 32 regarding brief format (except as to page count).

By the Court:
Richard Cushing Donovan, Clerk


_____/s/_____
By: Mark R. Syska, Chief Deputy Clerk

[cc: Mr. MacFadyen, Mr. Egbert, Mr. Romano, Mr. Rose, Mr. Lockhart, Ms. Curran, Mr. Iannotti, Mr. Donnelly, Mr. Moore, Mr. O'Brien, Mr. Traini, and Mr. Bicki.]